**THE THATER LAW GROUP, P.C.**
M. LANI ESTEBAN-TRINIDAD, ESQ.
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Ste. A
Las Vegas, Nevada 89108
Telephone: (702) 736-5297
Fax: (702) 736-5299
E-Mail: lani@thaterlawgroup.com

*Attorney for Plaintiff*
DAO VU

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAO VU, an individual,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JOURNAL BROADCAST CORPORATION dba KTNV-TV, a foreign corporation; JOURNAL BROADCAST GROUP, INC., a foreign corporation; SCRIPPS BROADCASTING HOLDINGS, LLC, a foreign corporation; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br>　　　　　　　Defendant. | Case No. 2:16-cv-02998-APG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Dao Vu ("Plaintiff") and Defendant(s) Journal Broadcast Corporation dba KTNV-TV, Journal Broadcast Group, Inc., Scripps Broadcast Holdings, LLC ("Defendants"), by and through their respective attorneys of record, that Plaintiff's Complaint against Defendant be dismissed in its entirety, **with prejudice**, with each party to bear its own fees and costs.

**IT IS HEREBY ORDERED** that this action is DISMISSED with prejudice, each party to bear its own fees and costs.

_____
UNITED STATES DISTRICT JUDGE
Dated: May 26, 2017.

| | |
|---|---|
| DATED this 25th day of May, 2017. | DATED this 25th day of May, 2017. |
| **THE THATER LAW GROUP, P.C.** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** |
| /s/ M. Lani Esteban-Trinidad | /s/ James T. Tucker |
| M. LANI ESTEBAN-TRINIDAD, ESQ. | JAMES T. TUCKER, ESQ. |
| Nevada Bar No. 6967 | Nevada Bar No. 12507 |
| 6390 W. Cheyenne Ave., Suite A | 300 South 4th Street – 11th Floor |
| Las Vegas, NV 89108 | Las Vegas, NV 89101-6014 |
| Telephone: (702) 736-5297 | Telephone: (702) 727-1400 |
| Facsimile: (702) 736-5299 | Facsimile: (702) 727-1401 |
| *Attorney for Plaintiff* | *Attorneys for the Defendant* |
| DAO VU | SCRIPPS MEDIA, INC & SCRIPPS BROADCAST HOLDINGS, LLC dba KTNV-TV |

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED this _____ day of May, 2017.

_____
U.S. DISTRICT COURT JUDGE ANDREW P. GORDON